David D. Aughtry, Chamberlain, Hrdlicka, White, Williams & Aughtry, of Atlanta, GA, argued for plaintiffs-appellees. With him on the brief was Linda S. Paine.

Joan I. Oppenheimer, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With her on the brief were Gilbert S. Rothenberg, Acting Deputy Assistant Attorney General, and Richard Farber, Attorney.

Before RADER, Chief Judge, LOURIE and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Colby B. Springer, Lewis and Roca LLP, of Mountain View, California, argued for the appellant. With him on the brief was Tam Thanh Pham.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Amy J. Nelson, Associate Solicitor.

Before LOURIE, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re Paul R. WIENEKE, Scott D. Eikenberry, Tim Nufire, David A. Koblas, And Brian K. Wilson

(Real Party In Interest Sonicwall, Inc.).

No. 2011–1250.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

LEDERGERBER MEDICAL INNOVATIONS, LLC and Dr. Walter Ledergerber, Plaintiffs–Appellants,

v.

W.L. GORE & ASSOCIATES, INC., Defendant–Appellee.

No. 2011–1379.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.